1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MARSHALL LEE FIELD, JR.,

11              Petitioner,                    No. CIV S-06-2562 LKK EFB P

12        vs.

13    D.K. SISTO, Warden,

14              Respondent.                    <u>ORDER</u>

15    _____/

16        Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus.

17    *See* 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

18        A judge "entertaining an application for a writ of habeas corpus shall forthwith award the

19    writ or issue an order directing the respondent to show cause why the writ should not be granted,

20    unless it appears from the application that the applicant or person detained is not entitled

21    thereto." 28 U.S.C. § 2243.  It is not apparent form the application that petitioner is not entitled

22    to relief.

23        Accordingly, it is hereby ORDERED that:

24        1.  Respondent shall file and serve a response to petitioner's application within 60 days

25    from the date of this order.  *See* Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be

26    accompanied by any and all transcripts or other documents relevant to the determination

1  of the issues presented in the application.  *See* Rule 5, Fed. R. Governing § 2254 Cases.

2          2.  Petitioner's reply, if any, shall be filed and served within 30 days of service of an

3  answer;

4          3.  If the response to petitioner's application is a motion, petitioner's opposition or

5  statement of non-opposition shall be filed and served within 30 days of service of the motion,

6  and respondents' reply, if any, shall be filed within 15 days thereafter.

7          4.  The Clerk of the Court shall serve a copy of this order together with a copy of

8  petitioner's November 16, 2006, petition for a writ of habeas corpus pursuant to 28 U.S.C.

9  § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General for the State of California.

10 Dated:   December 12, 2006.

11

12

13                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26