UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARSHALL LEE FIELD,

    Petitioner,

v.

D.K. SISTO, Warden,

    Respondent.

NO. CV-06-2562-RHW-JPH

**ORDER GRANTING MOTION REQUESTING 30 DAY EXTENSION TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION**

Before the Court is Petitioner's Motion Requesting 30 Day Extension to File Objections to Magistrate's Report and Recommendation (Ct. Rec. 31). The motion was heard without oral argument and on an expedited basis.

Petitioner asks for a 30-day extension of time within which to file his Objections to the Magistrate's Report and Recommendation. Petitioner indicates that he did not receive a copy of the Report and Recommendation until October 21, 2010. Moreover, Petitioner reports that the institution in which he is currently incarcerated is under a perpetual "modified program" where he is in lock-down status every other day, due to emergency budgetary conditions facing the State of California.

The Court finds good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Petitioner's Motion Requesting 30 Day Extension to File Objections to

**ORDER GRANTING MOTION REQUESTING 30 DAY EXTENSION TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION ~ 1**

1  Magistrate's Report and Recommendation (Ct. Rec. 31) is **GRANTED**.

2      2.  On or before **November 29, 2010**, Petitioner shall filed his Objections
3  to the Magistrate's Report and Recommendation.

4      **IT IS SO ORDERED.**  The District Court Executive is directed to enter
5  this Order and forward copies to counsel and Petitioner.

6      **DATED** this 9th day of November, 2010.

          *s/Robert H. Whaley*

          ROBERT H. WHALEY
          United States District Judge

C:\WINDOWS\Temp\notes101AA1\~0442801.wpd

**ORDER GRANTING MOTION REQUESTING 30 DAY EXTENSION TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION** ~ 2